**U.S. Department of Justice**

*United States Attorney*
*Western District of New York*

*Federal Center*
*138 Delaware Avenue*
*Buffalo, New York 14202*

*Writer's Telephone: 716/843-5731*
*Writer's fax: 716/551-3052*
*David.Coriell@usdoj.gov*

May 15, 2026

The Honorable Elizabeth A. Wolford
Chief United States District Judge
U.S. District Court for the Western District of New York
Kenneth B. Keating Federal Building, 100 State Street
Rochester, New York 14614

**Re: United States v. Advanced Global Services, Ltd., Paradigm Shift Technologies, Inc., and Gennady Yumshtyk, 1:25-cv-01248 (W.D.N.Y.)**

Dear Chief Judge Wolford:

I am writing on behalf of the United States, and with the consent of counsel for Defendants Advanced Global Services, Ltd., Paradigm Shift Technologies, Inc, and Gennady Yumshtyk (collectively, the "Defendants"), to request an enlargement of time for Defendants to Answer or otherwise respond to the United States' Complaint in the above-captioned matter. The parties respectfully request that Defendants be given an additional three weeks, or until on or before June 16, 2026, to answer or otherwise respond to the Complaint. This is the parties' first request for an enlargement of time.

For the following reasons, good cause is present for this request. The United States filed its Complaint against Defendants on November 24, 2025. Service of the Complaint was completed as to all Defendants on or about May 5, 2026. Defendants currently have until May 26, 2026 to answer or otherwise respond to the Complaint. Recently, the parties have initiated settlement discussions and exchanged settlement proposals, and the parties believe that a settlement may be possible. Additional time is needed for these discussions to occur. The parties believe that requiring Defendants to answer or otherwise respond to the Complaint would interfere with these settlement discussions and waste the parties' and judicial resources. Accordingly, the parties respectfully request an additional three weeks, or until June 16, 2026, for Defendants to answer or other respond to the United States' Complaint.

A proposed order is attached. Your Honor's consideration is greatly appreciated.

Respectfully submitted,

MICHAEL DIGIACOMO
United States Attorney

BY: David M. Coriell
Assistant United States Attorney

cc: Daniel McGillycuddy, Esq.
Counsel for Defendants

UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADVANCED GLOBAL SERVICES, LTD.,<br>PARADIGM SHIFT TECHNOLOGIES, INC.<br>and GENNADY YUMSTYK<br><br>Defendant. | Civil Action No. 1:25-cv-01248-EAW |

**ORDER**

Upon consideration of the Parties' request for an enlargement of time for Advanced Global Services, Ltd., Paradigm Shift Technologies, Inc, and Gennady Yumshtyk (collectively, the "Defendants") to answer or otherwise respond to the United States' Complaint, it is hereby

**ORDERED** that Defendants shall answer or otherwise respond to the Complaint on or before June 16, 2026.

**IT IS SO ORDERED**,

This____ day of _____________, 2026

.

HON. ELIZABETH A. WOLFORD
CHIEF UNITED STATES DISTRICT JUDGE