**U.S. Department of Justice**

*United States Attorney*
*Western District of New York*

*Federal Center*
*138 Delaware Avenue*
*Buffalo, New York 14202*

*Writer's Telephone: 716/843-5731*
*Writer's fax: 716/551-3052*
*David.Coriell@usdoj.gov*

June 11, 2026

The Honorable Elizabeth A. Wolford
Chief United States District Judge
U.S. District Court for the Western District of New York
Kenneth B. Keating Federal Building, 100 State Street
Rochester, New York 14614

**Re: United States v. Advanced Global Services, Ltd., Paradigm Shift Technologies, Inc., and Gennady Yumshtyk, 1:25-cv-01248 (W.D.N.Y.)**

Dear Chief Judge Wolford:

I am writing on behalf of the United States, and with the consent of counsel for Defendants Advanced Global Services, Ltd., Paradigm Shift Technologies, Inc, and Gennady Yumshtyk (collectively, the "Defendants"), to request an enlargement of time for Defendants to Answer or otherwise respond to the United States' Complaint in the above-captioned matter. The parties respectfully request that Defendants be given an additional three weeks, or until on or before July 7, 2026, to answer or otherwise respond to the Complaint. This is the parties' second request for an enlargement of time.

For the following reasons, good cause is present for this request. The United States filed its Complaint against Defendants on November 24, 2025. Service of the Complaint was completed as to all Defendants on or about May 5, 2026. The Court previously extended the time for Defendants to answer or otherwise respond to the Complaint to June 16, 2026. Since the last request for additional time for the Defendants' response, the parties have been engaged in discussions to resolve this litigation and have exchanged settlement proposals. The parties, however, believe additional time is necessary to determine whether a settlement can be achieved. The parties believe that requiring Defendants to answer or otherwise respond to the Complaint would interfere with these settlement discussions and waste the parties' and judicial resources. Accordingly, the parties respectfully request an additional three weeks, or until July 7, 2026, for Defendants to answer or other respond to the United States' Complaint.

A proposed order is attached. Your Honor's consideration is greatly appreciated.

Respectfully submitted,

MICHAEL DIGIACOMO
United States Attorney

BY: David M. Coriell
Assistant United States Attorney

cc: Daniel McGillycuddy, Esq.
Counsel for Defendants

UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADVANCED GLOBAL SERVICES, LTD.,<br>PARADIGM SHIFT TECHNOLOGIES, INC.<br>and GENNADY YUMSTYK<br><br>Defendant. | Civil Action No. 1:25-cv-01248-EAW |

**ORDER**

Upon consideration of the Parties' request for an enlargement of time for Advanced Global Services, Ltd., Paradigm Shift Technologies, Inc, and Gennady Yumshtyk (collectively, the "Defendants") to answer or otherwise respond to the United States' Complaint, it is hereby

**ORDERED** that Defendants shall answer or otherwise respond to the Complaint on or before July 7, 2026.

**IT IS SO ORDERED**,

This____ day of _____________, 2026

HON. ELIZABETH A. WOLFORD
CHIEF UNITED STATES DISTRICT JUDGE